IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:08-po-001 |
| v. | : | |
| CHRISTINA WEST | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses the citation V1087706/OS52 Disorderly Conduct issued September 9, 2007, as to CHRISTINA WEST.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

VIPAL J. PATEL (156212 CA)
Deputy Criminal Chief
Attorney for Plaintiff
602 Federal Building
200 West Second Street
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Vipal.Patel @usdoj.gov

**ORDER**

Leave of Court is granted for the filing of the foregoing Order of Dismissal.

The Honorable Judge Merz